**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GEMAK TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No.  18-1854-RGA |
| | ) |
| CHURCH & DWIGHT CO., INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Colin G. Cabral of Proskauer Rose LLP, 2029 Century Park East, Suite 2400,

Los Angeles, California, 90067-3010, to represent Defendant Church & Dwight Co., Inc. in this

matter.


POTTER ANDERSON & CORROON LLP


By:  */s/ Philip A. Rovner*
　　　　Philip A. Rovner (#3215)
　　　　Jonathan A. Choa (#5319)
　　　　Hercules Plaza
　　　　P.O. Box 951
　　　　Wilmington, DE 19899
　　　　(302) 984-6000
　　　　provner@potteranderson.com
　　　　jchoa@potteranderson.com

Dated: August 14, 2020
6145627

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Colin G.

Cabral is granted.


Dated: _____          _____
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California and the Commonwealth of Massachusetts pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

       In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00

    ☐     has been paid to the Clerk of the Court; or

    ☒     will be submitted to the Clerk's Office upon the filing of this motion.

Date:  August 14, 2020

                        */s/ Colin G. Cabral*
                        Colin G. Cabral
                        Proskauer Rose LLP
                        2029 Century Park East, Suite 2400
                        Los Angeles, CA  90067-3010
                        Tel: (310) 284-5611
                        ccabral@proskauer.com