# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEMAK TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RECKITT BENCKISER LLC,<br><br>　　　　Defendant. | C.A. No. 18-1855-RGA<br><br>**JURY TRIAL DEMANDED** |
| GEMAK TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>　　　　Defendant. | C.A. No. 18-1854-RGA<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Bobby G. Hampton to represent GEMAK Trust in this matter.

Date: September 30, 2020

FISH & RICHARDSON P.C.

*/s/ Casey M. Kraning*
Susan E. Morrison (#4690)
Kelly Allenspach Del Dotto (#5969)
Casey Kraning (#6298)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
morrison@fr.com
kad@fr.com
kraning@fr.com

2

                                                  John S. Goetz  
                                                  7 Times Square, 20th Floor  
                                                  New York, NY 10036  
                                                  (212) 641-2277  
                                                  goetz@fr.com  
                                                 *Attorneys for GEMAK Trust*

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____  
                                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/3/09, I further certify that the annual fee of $25.00 has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Bobby Hampton*

Bobby G. Hampton
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
(617) 521-7818
hampton@fr.com

Date: September 30, 2020