IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEMAK TRUST,<br><br>      Plaintiff,<br><br> v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>      Defendant. | Civil Action No. 18-1854-RGA |

## STIPULATION TO STAY ALL DEADLINES

IT IS HEREBY STIPULATED AND AGREED between Plaintiff GEMAK Trust ("Plaintiff") and Defendant Church & Dwight Co., Inc. ("Defendant") that all deadlines in connection with the above-captioned lawsuit are stayed for a period of thirty days.  The parties have reached an agreement in principal to resolve all claims asserted in this case and are in the process of finalizing that agreement.  In light of the agreement and contemplated dismissal, the parties have stipulated to stay all deadlines in connection with this litigation for thirty days, up to and including January 12, 2021.

Dated:  December 14, 2020

| | |
|---|---|
| FISH & RICHARSON P.C. | POTTER ANDERSON & CORROON LLP |
| By:  */s/ Kelly Allenspach Del Dotto*<br> Susan E. Morrison (#4690)<br> Kelly Allenspach Del Dotto (#5969)<br> Casey Kraning (#6298)<br> 222 Delaware Avenue, 17th Floor<br> P.O. Box 1114<br> Wilmington, DE 19899 | By:  */s/ Philip A. Rovner*<br> Philip A. Rovner (#3215)<br> Jonathan A. Choa (#5319)<br> Hercules Plaza<br> P.O. Box 951<br> Wilmington, DE 19899<br> (302) 984-6000 |

| | |
|---|---|
| Tel:  (302) 652-5070<br>morrison@fr.com<br>kad@fr.com<br>kraning@fr.com<br><br>John S. Goetz<br>67 Times Square, 20th Floor<br>New York, NY 10036<br>Tel: (212) 641-2277<br>goetz@fr.com<br><br>*Attorneys for Plaintiff GEMAK Trust* | provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>OF COUNSEL:<br>James H. Shalek<br>Baldassare Vinti<br>Colin Cabral<br>PROSKAUER ROSE LLP<br>11 Times Square<br>New York, NY  10036-8299<br>(212) 969-3000<br><br>*Attorneys for Defendant*<br>*Church & Dwight Co., Inc.* |

SO ORDERED this   14   day of   December  , 2020.

                                                         /s/ Richard G. Andrews
                                                        Honorable Richard G. Andrews